█ In the Matter of MARK L. BONO, Appellant, v THERESA M. PITRE, Respondent. [947 NYS2d 906]

Contrary to the petitioner's contention, the Supreme Court properly denied his objections to an order of a Support Magistrate dismissing, without a hearing, his petition for a downward modification of his child support obligation. The petitioner failed to make a prima facie showing of "a substantial change in circumstances" (Family Ct Act § 451 [2] [a]; *see* Domestic Relations Law § 236 [B] [9] [b] [2] [i]). Rivera, J.P., Dickerson, Hall and Cohen, JJ., concur.